UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BOBBY L. MAXWELL,

    Plaintiff,

v.

DARREN SWENSON,
CORRECTIONS CORP. OF AMERICA,
PATT ADAIR, and MN DOC, et al.,

    Defendants.

Civil No. 05-2929 (JNE/JSM)

**ORDER**

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 8, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2) is denied; and

2. This action is dismissed without prejudice.

Dated: March 6, 2006

                              s/ Joan N. Ericksen
                              JOAN N. ERICKSEN
                              Chief United States District Court Judge